United States District Court
Southern District of Texas
**ENTERED**
May 24, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 5:17-CR-560-11 |
| | § | |
| RAVINDER REDDY GUDIPATI, | § | |
| | § | |
| Defendant. | § | |

**PRELIMINARY ORDER OF FORFEITURE**

Defendant Ravinder Reddy Gudipati was convicted after a jury trial of Counts One, Three, Six, Thirteen, Fourteen, and Fifteen of the Indictment, charging him with a conspiracy to launder monetary instruments, in violation of Title 18, United States Code, Section 1956(h); two counts of money laundering, in violation of Title 18, United States Code, Section 1956(a); and three counts relating to failures to file accurate Form 8300s, in violation of Title 31, United States Code, Section 5324(b), respectively. The United States provided notice to the Defendant in the Indictment that in the event of conviction, the United States would seek to forfeit property pursuant to federal law.

Pursuant to Fed. R. Crim. P. 32.2(b)(1)(A), the Court finds that at least $262,900 was involved in Count One or is traceable to property involved in Count One and that the record supports the imposition of a money judgment in the amount of $262,900 against the Defendant and in favor of the United States.

Accordingly, the Court **GRANTS** the United States' motion and **ORDERS** that:

1.    A money judgment in the amount of $262,900 be imposed as to Defendant Ravinder Reddy Gudipati, and be made part of his sentence and included in his judgment.

2.     Pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to include substitute property to satisfy the money judgment in whole or in part.

3.     Pursuant to Rule 32.2(b)(4)(A), this order shall become final as to the Defendant at sentencing, and shall be made part of the Defendant's sentence and included in the judgment. Pursuant to Rule 32.2(c)(1), "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

SIGNED on this the 23rd day of May, 2019.

Micaela Alvarez
United States District Judge

2